# Third District Court of Appeal

## State of Florida

Opinion filed May 21, 2025.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-0930
Lower Tribunal No. 22-844-CA-01
_____

**Doron Jockey Club, LLC, etc.,**
Appellant,

vs.

**The Jockey Club Condominium Apartments, Inc.,**
Appellee.

An Appeal from the Circuit Court for Miami-Dade County, Lisa S. Walsh, Judge.

Pierce Schultz PLLC, and Pierce Schultz (Boca Raton), for appellant.

Armstrong Teasdale LLP, Marlon Weiss, Jeffrey R. Lam, and Glen H. Waldman, for appellee.

Before FERNANDEZ, GORDO and LOBREE, JJ.

PER CURIAM.

Affirmed. See Tibbs v. State, 397 So. 2d 1120, 1123 (Fla. 1981) (providing that legal sufficiency of a judgment is reviewed for competent substantial evidence); Noonan v. Snipes, 569 So. 2d 1381, 1381 (Fla. 2d DCA 1990) ("[A]n appellate court is not entitled to reweigh the evidence which was already weighed by the trial court."); Boston Mfrs. Mut. Ins. Co. v. Fornalski, 234 So. 2d 386, 387 (Fla. 4th DCA 1970) ("Permission to come upon one's premises may be implied from custom, usage or conduct."); see also Crowell v. Fla. Power Corp., 438 So. 2d 958, 959 (Fla. 2d DCA 1983); Florida Publ'g. Co. v. Fletcher, 340 So. 2d 914, 917-19 (Fla. 1976).